Kevin P. Simpson (SBN: 344644)
Kevin.Simpson@winstontaylor.com
WINSTON TAYLOR LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: +1 (213) 615-1700
Facsimile: +1 (213) 615-1750

Sophie R. LaCava (admitted *pro hac vice*)
Sophie.LaCava@winstontaylor.com
WINSTON TAYLOR LLP
300 N. LaSalle Dr., Suite 4400
Chicago, IL 60654-3406
Telephone: +1 (312) 558-5600
Facsimile: +1 (312) 558-5700

*Attorneys for Defendant WinRed Technical Services, LLC*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

AUSTIN CLARK,

Plaintiff,

vs.

WINRED TECHNICAL SERVICES, LLC,

Defendant.

**Case No. 2:26-cv-03755-DC-AC**

Magistrate Judge Allison Claire

**[~~PROPOSED~~] ORDER GRANTING DEFENDANT WINRED TECHNICAL SERVICES, LLC'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO CLAIM**

Notice of Removal Filed: November 5, 2026
Current Response Date: November 12, 2026
Requested Response Date: November 30, 2026

**ORDER**

Pending before the Court is the ex parte application of Defendant WinRed Technical Services, LLC ("WRTS") for an initial extension of time to respond to the Claim and Order to Go to Small Claims Court ("Claim") filed by Plaintiff Austin Clark, which WRTS removed to this Court on November 5, 2026. WRTS' current deadline to respond is November 12, 2026. *See* Fed. R. Civ. P. 81(c)(2)(C).

The Court, having considered the application and the supporting declaration of counsel, finds good cause for the requested extension and that a stipulation could not reasonably be obtained. *See* Fed. R. Civ. P. 6(b)(1)(A); E.D. Cal. L.R. 144(c). Accordingly, IT IS HEREBY ORDERED that:

1. WRTS' ex parte application for extension of time is GRANTED.

2. WRTS shall have an additional 14 days, until November 30, 2026, to answer or otherwise plead to Plaintiff's Claim.

IT IS SO ORDERED.

DATED: November 10, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE